■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUANETTA HOWELL, Appellant.—Appeal by the defendant, as limited by her motion, from an amended sentence of the Supreme Court, Queens County (Rotker, J.), imposed December 7, 1988, and a sentence of the same court imposed January 5, 1989.

Ordered that the appeal from the sentence imposed January 5, 1989, is dismissed as abandoned; and it is further,

Ordered that the amended sentence imposed December 7, 1988, is affirmed. No opinion. Mangano, P. J., Kunzeman, Eiber, Harwood and Rosenblatt, JJ., concur.